UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DR. JOHN SCHIEFELBEIN and MEGAN SCHIEFELBEIN, husband and wife and the marital community composed thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CERTAINTEED GYPSUM CANADA, INC., and SAINT-GOBAIN CORPORATION, as successors in interest to LES INDUSTRIES WESTROC,<br><br>　　　　　　　　Defendant. | NO:  CV-12-400-RMP<br><br><br>ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS |

**BEFORE** the Court is Plaintiffs' Stipulation for Dismissal with Prejudice Pursuant to Settlement ECF No. 36.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Plaintiffs' Stipulation for Dismissal with Prejudice, **ECF No. 36**, is **APPROVED**. Plaintiffs' Complaint and all counterclaims and/or cross-claims, if any, are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel, and **close** this case.

**DATED** this 20th day of May 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2