AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DR. JOHN SCHIEFELBEIN and MEGAN
SHIEFELBEIN,

        Plaintiffs,

v.

CERTAINTEED GYPSUM CANADA, INC., and
SAINT-GOBAIN CORPORATION, as successors in
interest to LES INDUSTRIES WESTROC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-400-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint and all counterclaims and/or cross-claims, if any, are hereby dismissed with prejudice and without costs to any party.

May 20, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb